IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DON JOLE | ) |
| | ) |
| v. | ) NO. 3-11-0882 |
| | ) JUDGE CAMPBELL |
| LORI APPLE, et al. | ) |

ORDER

Pending before the Court it Plaintiff's Motion for Voluntary Dismissal (Docket No. 49). Plaintiff seeks to dismiss his claims against Defendant Spriggs without prejudice and indicates that Ms. Spriggs has no objection to this Motion.

Accordingly, Plaintiff's claims against Defendant Spriggs are DISMISSED without prejudice, and the Clerk is directed to close the file. Any other pending Motions are denied as moot.

The pretrial conference set for February 11, 2013, and the jury trial set for February 19, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed.R.Civ.P. 58.

IT IS SO ORDERED.

                                        _____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE