IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DON JOLE )
)
v. ) NO. 3-11-0882
) JUDGE CAMPBELL
LORI APPLE, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 59), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Spriggs' Motion for Sanctions (Docket No. 53) is DENIED. Plaintiff's request for Rule 11 sanctions and Plaintiff's request for an award of attorneys' fees and costs (*see* Plaintiff's Response, Docket No. 56) are DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE